SWOPE *v.* FAIR.

A general answer of fraud is bad. Fraud must be specifically pleaded.
A general answer of *no consideration* is good.
But a general answer of failure of consideration is bad, and such failure must be specifically pleaded.

APPEAL from the *Harrison* Circuit Court.

PERKINS, J.—Suit upon a note.

Answer:

1. The general denial.
2. Want of consideration.
3. Fraud, generally, in its procurement.
4. Fraud, setting out the facts.
5. Same as the fourth.

The third paragraph of the answer was bad. A general answer of fraud is not good. Fraud is shown by facts, and under the code they must be stated. The fourth and fifth paragraphs were stricken out on motion, and, not being incorporated in a bill of exceptions, are not before us. Ind. Dig. p. 649, sec. 174; *Copple* v. *Helm*, 15 Ind. 147.

The cause was tried by the Court on the first three paragraphs, and a judgment given for the plaintiff. We can not reverse on the evidence. Observe, a general answer of no consideration whatever is good. Ind. Dig. p. 660, sec. 272. A general answer of failure of consideration is bad. Failure of consideration is shown by facts, and they must be set out. *Ibid.* sec. 273.

*Per Curiam.*—The judgment is affirmed, with 1 per cent. damages and costs.

*J. Collins* and *A. B. Collins*, for the appellant.

*W. T. Otto*, for the appellee.